LAW OFFICES OF ROBERT P. SPRETNAK
Robert P. Spretnak, Esq. (Bar No. 5135)
8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: (702) 454-4900
Fax: (702) 938-1055
Email: bob @ spretnak.com
Attorney for Pearison Woods, Plaintiff

LIPSON NEILSON P.C.
Joseph P. Garin, Esq. (Bar No. 6653)
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
Telephone: (702) 382-1500
Fax: (702) 382-1512
Email: jgarin@lipsonneilson.com
Attorneys for American Federation of State, County and Municipal Employees, AFL-CIO, Defendant

STRANCH, JENNINGS & GARVEY, PLLC
Nathan R. Ring, Esq. (Bar No. 12078)
3100 W. Charleston Boulevard, Suite 208
Las Vegas, Nevada 89102
Telephone: (725) 235-9750
Email: LasVegas@stranchlaw.com
Attorneys for American Federation of State, County and Municipal Employees Local 4041, Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PEARISON WOODS,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO;  and AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES LOCAL 4041,<br><br>　　　　　Defendants. | Case No.: 2:23-cv-01934-RFB-DJA<br><br>**STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER** |

**SPECIAL SCHEDULING REVIEW REQUESTED**

　　　　Plaintiff Pearison Woods, Defendant American Federation of State, County and Municipal Employees, AFL-CIO, and Defendant American Federation of State, County and Municipal Employees Local 4041, by and through their respective counsel of record, participated in the meeting

THE LAW OFFICES OF
ROBERT P. SPRETNAK
A PROFESSIONAL CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123

Page 1 of 4

required under Fed. R. Civ. P. 26(f), held on **February 12, 2024.** Pursuant to Fed. R. Civ. P. 26(f) and LR 26-1(b), the parties stipulate to the following discovery plan and scheduling order:

1. The initial disclosures to be made pursuant to Fed. R. Civ. 26(a)(1) shall be made by **February 26, 2024**, two weeks after the date that the parties held their initial meeting pursuant to Fed. R. Civ. P. 26(f).

2. Unless otherwise limited by subsequent stipulations, the parties shall be allowed to conduct discovery to the full extent permitted under the Federal Rules of Civil Procedure.

3. The attorneys of record in this matter are registered for electronic filing with this Court. Any documents electronically filed with this Court are deemed to be sufficiently served on the other party as of the date that the document is electronically filed with this Court.

Pursuant to LR 26-1(e), the parties do hereby additionally stipulate to the following discovery plan and scheduling order:

1. <u>Discovery Cut-Off Date</u>: **September 23, 2024**, which is 240 days from January 26, 2024, the date on which Defendant American Federation of State, County and Municipal Employees, AFL-CIO, filed its Answer and Affirmative Defenses [ECF No. 9] and Defendant American Federation of State, County and Municipal Employees Local 4041 filed its Motion to Dismiss for Failure to State a Claim under FRCP 12(b)(6) [ECF No. 11].[1] Any stipulations or motions to extend the discovery period shall be filed no later than **September 3, 2024**, 21 days prior to the scheduled discovery cut-off, as required by LR 26-4. Any stipulations or motions to extend any other deadlines set forth below shall be filed no later than 21 days prior to the applicable deadline set forth below.

2. <u>Amending the Pleadings and Adding Parties</u>: All motions to amend the pleadings or to add parties shall be filed not later than **June 25, 2024**, 90 days prior to the scheduled close of discovery.

3. <u>Fed. R. Civ. P. 26(a)(2) Disclosures (Experts)</u>: Disclosures concerning experts shall be made by **July 25, 2024,** 60 days before the close of discovery. Disclosures respecting rebuttal

---

[1] The 240-day discovery period is the only deviation from the standard discovery deadlines. The additional time is requested due to the geographic dispersal of parties and witnesses, which may affect the scheduling of depositions.

THE LAW OFFICES OF
ROBERT P. SPRETNAK
A PROFESSIONAL CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123

1  experts shall be made by **August 26, 2024**, 30 days after the initial disclosure of experts.

2      4.    <u>Dispositive Motions:</u>  The date for filing dispositive motions shall be not later than **October 23, 2024**, 30 days after the discovery cut-off date.  In the event that the discovery period is extended from the discovery cut-off date set forth in this Stipulated Discovery Plan and Scheduling Order, the date for filing dispositive motions shall be extended for the same duration, to be not later than 30 days from the subsequent discovery cut-off date.

    5.    <u>Pretrial Order:</u>  The date for filing the joint pretrial order shall be not later than **November 22, 2024**, 30 days after the date set for filing dispositive motions.  In the event that dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after decision on the dispositive motions or until further order of the court.

    6.    <u>Fed. R. Civ. P. 26(a)(3) Disclosures:</u>  The disclosures required by Fed. R. Civ. P. 26(a)(3), and any objections thereto, shall be included in the pretrial order.

    7.    <u>Alternative Dispute Resolution:</u>  The parties certify that they met and conferred about the possibility of using alternative dispute-resolution processes including mediation, arbitration, and early neutral evaluation.  The parties agree that this matter is appropriate for the court's early neutral evaluation program.

    8.    <u>Alternative Forms of Case Disposition:</u>  The parties certify that they considered consent to trial by a magistrate judge under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, and to the use of the Short Trial Program (General Order 2013-01).  The parties did not agree to consent to trial by magistrate judge or to the use of the Short Trial Program.

////
////
////
////
////
////
////
////

THE LAW OFFICES OF
ROBERT P. SPRETNAK
A PROFESSIONAL CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123

9. <u>Electronic Evidence</u>: The parties certify that they discussed whether they intend to present evidence in electronic format to jurors for the purposes of jury deliberations. The parties have agreed to produce electronically-stored evidence in either paper or .pdf format, absent a showing of good cause for such evidence to be produced in native format.

DATED: 12 February 2024.

| LAW OFFICES OF ROBERT P. SPRETNAK | LIPSON NEILSON P.C. |
|---|---|
| By: /s/ Robert P. Spretnak<br>    Robert P. Spretnak, Esq. | By: /s/ Joseph P. Garin<br>    Joseph P. Garin, Esq. |
| Attorney for Pearison Woods, Plaintiff | Attorneys for American Federation of State, County and Municipal Employees, AFL-CIO, Defendant |
| 8275 S. Eastern Avenue, Suite 200<br>Las Vegas, Nevada 89123 | 9900 Covington Cross Drive, Suite 120<br>Las Vegas, Nevada 89144 |

STRANCH, JENNINGS & GARVEY, PLLC

By: /s/ Nathan R. Ring
    Nathan R. Ring, Esq.

Attorneys for American Federation of State, County and Municipal Employees Local 4041, Defendant

3100 W. Charleston Boulevard, Suite 208
Las Vegas, Nevada 89102

**IT IS SO ORDERED**.

DATED: 2/13/2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE