1  LAW OFFICES OF ROBERT P. SPRETNAK
   Robert P. Spretnak, Esq. (Bar No. 5135)
2  8275 S. Eastern Avenue, Suite 200
   Las Vegas, Nevada 89123
3  Telephone: (702) 454-4900
   Fax: (702) 938-1055
4  Email: bob @ spretnak.com
   Attorney for Pearison Woods, Plaintiff
5
   LIPSON NEILSON P.C.
6  Joseph P. Garin, Esq. (Bar No. 6653)
   9900 Covington Cross Drive, Suite 120
7  Las Vegas, Nevada 89144
   Telephone: (702) 382-1500
8  Fax: (702) 382-1512
   Email: jgarin@lipsonneilson.com
9  Attorneys for American Federation of State, County and Municipal Employees, AFL-CIO,
   Defendant
10
   REESE RING VELTO PLLC
11 Nathan R. Ring, Esq. (Bar No. 12078)
   3100 W. Charleston Boulevard, Suite 208
12 Las Vegas, Nevada 89102
   Telephone: (725) 235-9750
13 Email: nathan@rrvlawyers.com
   Attorneys for American Federation of State, County and Municipal Employees Local 4041,
14 Defendant

15                        UNITED STATES DISTRICT COURT

16                             DISTRICT OF NEVADA

17 PEARISON WOODS,                           )
                                             )
18                Plaintiff,                  )    Case No.: 2:23-cv-01934-RFB-DJA
                                             )
19          vs.                              )
                                             )
20 AMERICAN FEDERATION OF STATE,             )    **STIPULATION AND ORDER**
   COUNTY AND MUNICIPAL EMPLOYEES,           )    **TO CONTINUE EARLY NEUTRAL**
21 AFL-CIO;  and AMERICAN FEDERATION         )    **EVALUATION SESSION**
   OF STATE, COUNTY AND MUNICIPAL            )
22 EMPLOYEES LOCAL 4041,                     )
                                             )
23                Defendants.                )
                                             )
24 _____      )

25 TO:   THE HONORABLE MAXIMILIANO D. COUVILLIER III, United States Magistrate Judge

26       All parties of record in this matter, Pearison Woods, Plaintiff; American Federation of State,

27 County and Municipal Employees, AFL-CIO, Defendant;  and American Federation of State, County

28 and Municipal Employees Local 4041, Defendant; by and through their respective attorneys of record

THE LAW OFFICES OF
ROBERT P. SPRETNAK
A PROFESSIONAL CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123

Page 1 of 3

in this matter; hereby STIPULATE AND AGREE to continue the Early Neutral Evaluation session in this matter to a future date at the Court's convenience.  Pursuant to this Court's Order Resetting Early Neutral Evaluation Session (Amends ECF No. 13), ECF No. 23, the Early Neutral Evaluation Session is now set for March 28, 2024, at 9:00 a.m.

The parties stipulate to continuing the Early Neutral Evaluation Session to a future date because of scheduling conflicts involving the attorneys for two of the parties:

1.    Attorney Robert P. Spretnak, Esq., counsel of record for Plaintiff Pearison Woods, has an Early Neutral Evaluation already scheduled for March 28, 2024, in the matter of *Eemillio Serrano v. Federal Express Corporation*, Case No. 3:23-cv-00550-ART-CSD.  While the Early Neutral Evaluation session is not scheduled to begin until 1:30 p.m., that limits the amount of time counsel would be available that day.  Also, Mr. Spretnak has a disciplinary appeal hearing scheduled for a client for 9:00 a.m. that morning that he has committed to attending.

2.    Attorney Nate Ring, Esq., counsel of record for Defendant American Federation of State, County and Municipal Employees Local 4041 also has a mediation scheduled that day in a matter pending in the United States District Court for the Central District of California.

////
////
////
////
////
////
////
////
////
////
////
////
////

THE  LAW  OFFICES  OF
ROBERT P. SPRETNAK
A  PROFESSIONAL  CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123

Page 2 of 3

Therefore, for the reasons set forth above, the parties stipulated and agree to continuing the Early Neutral Evaluation session in this matter to a future date and time convenient and available to this Court.

DATED:  8 March 2024.


LAW OFFICES OF ROBERT P. SPRETNAK

By: /s/ Robert P. Spretnak
        Robert P. Spretnak, Esq.

Attorney for Pearison Woods, Plaintiff

8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123

LIPSON NEILSON P.C.

By: /s/ Joseph P. Garin
        Joseph P. Garin, Esq.

Attorneys for American Federation of State, County and Municipal Employees, AFL-CIO, Defendant

9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144


REESE RING VELTO PLLC

By: /s/ Nathan R. Ring
        Nathan R. Ring, Esq.

Attorneys for American Federation of State, County and Municipal Employees Local 4041, Defendant

3100 W. Charleston Boulevard, Suite 208
Las Vegas, Nevada 89102


**ORDER:** The Early Neutral Evaluation session is reset to 9:00am on May 13, 2024. A request for an exception to the attendance requirements must be filed in the form of a motion or a stipulation within one week of this order.  The rest of the Court's prior order (ECF No. 13) remains in full effect.


UNITED STATES MAGISTRATE JUDGE

DATED:  3-14-24

THE LAW OFFICES OF
ROBERT P. SPRETNAK
A PROFESSIONAL CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123