LAW OFFICES OF ROBERT P. SPRETNAK
Robert P. Spretnak, Esq. (Bar No. 5135)
8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: (702) 454-4900
Fax: (702) 938-1055
Email: bob @ spretnak.com
Attorney for Pearison Woods, Plaintiff

LIPSON NEILSON P.C.
Joseph P. Garin, Esq. (Bar No. 6653)
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
Telephone: (702) 382-1500
Fax: (702) 382-1512
Email: jgarin@lipsonneilson.com
Attorneys for American Federation of State, County and Municipal Employees, AFL-CIO, Defendant

REESE RING VELTO PLLC
Nathan R. Ring, Esq. (Bar No. 12078)
3100 W. Charleston Boulevard, Suite 208
Las Vegas, Nevada 89102
Telephone: (725) 235-9750
Email: nathan@rrvlawyers.com
Attorneys for American Federation of State, County and Municipal Employees Local 4041, Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PEARISON WOODS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO;  and AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES LOCAL 4041,<br><br>　　　　Defendants. | Case No.: 2:23-cv-01934-RFB-DJA<br><br>**STIPULATION AND ORDER TO CONTINUE EARLY NEUTRAL EVALUATION SESSION**<br><br>**(Second Request)** |

TO:   THE HONORABLE MAXIMILIANO D. COUVILLIER III, United States Magistrate Judge

All parties of record in this matter, Pearison Woods, Plaintiff; American Federation of State, County and Municipal Employees, AFL-CIO, Defendant; and American Federation of State, County and Municipal Employees Local 4041, Defendant; by and through their respective attorneys of record

THE LAW OFFICES OF
ROBERT P. SPRETNAK
A PROFESSIONAL CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123

Page 1 of 3

in this matter; hereby STIPULATE AND AGREE to continue the Early Neutral Evaluation session in this matter to a future date at the Court's convenience. Pursuant to the Stipulation and Order to Continue Early Neutral Evaluation Session, ECF No. 26, the Early Neutral Evaluation Session is now set to held in-person, on May 13, 2024, at 9:00 a.m.

The parties stipulate to continuing the Early Neutral Evaluation Session to a future date because of scheduling conflicts involving Robert P. Spretnak, Esq., counsel of record for Plaintiff Pearison Woods. Mr. Spretnak is scheduled to be out of the country, on scheduled vacation, from May 9 to May 22, 2024. The airline tickets and hotel accommodations are non-refundable.

One or more of the parties are not available the following dates in the months of May, June, and July 2024: May 7 to May 22, June 20, July 5 to July 8, and July 24. As of this date, all counsel of record are not aware of any other conflicts with rescheduling this matter during the months of May, June, or July 2024.

Therefore, for the reasons set forth above, the parties stipulated and agree to continuing the Early Neutral Evaluation session in this matter to a future date and time convenient and available to this Court.

DATED: 21 March 2024.

| LAW OFFICES OF ROBERT P. SPRETNAK | LIPSON NEILSON P.C. |
|---|---|
| By: /s/ Robert P. Spretnak<br>    Robert P. Spretnak, Esq. | By: /s/ Joseph P. Garin<br>    Joseph P. Garin, Esq. |
| Attorney for Pearison Woods, Plaintiff | Attorneys for American Federation of State, County and Municipal Employees, AFL-CIO, Defendant |
| 8275 S. Eastern Avenue, Suite 200<br>Las Vegas, Nevada 89123 | 9900 Covington Cross Drive, Suite 120<br>Las Vegas, Nevada 89144 |
| | REESE RING VELTO PLLC |
| | By: /s/ Nathan R. Ring<br>    Nathan R. Ring, Esq. |
| | Attorneys for American Federation of State, County and Municipal Employees Local 4041, Defendant |
| | 3100 W. Charleston Boulevard, Suite 208<br>Las Vegas, Nevada 89102 |

THE LAW OFFICES OF
ROBERT P. SPRETNAK
A PROFESSIONAL CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123

Page 2 of 3

**ORDER**

IT IS ORDERED that:

1. The in-person ENE session is reset for 9:00am on June 5, 2024.

2. The parties shall email the confidential written evaluation to Court_MDC@nvd.uscourts.gov no later than 4:00 p.m. by May 29, 2024.

3. A request for an exception to the attendance requirements must be filed in the form of a motion within one week of this order.

4. The rest of the Court's original order (ECF No. 13) remains in full effect.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 3-26-24

THE LAW OFFICES OF
ROBERT P. SPRETNAK
A PROFESSIONAL CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123

Page 3 of 3