1  LIPSON NEILSON P.C.
   JOSEPH P. GARIN, ESQ.
2  Nevada Bar No. 6653
   9900 Covington Cross Drive, Suite 120
3  Las Vegas, Nevada 89144
   Phone: (702) 382-1500
4  Fax: (702) 382-1512
   jgarin@lipsonneilson.com
5
   *Attorneys for American Federation of State, County
6  and Municipal Employees, AFL-CIO*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PEARISON WOODS,<br><br>  Plaintiff,<br>vs.<br><br>AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO; and AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES LOCAL 4041,<br><br>  Defendants. | Case No: 2:23-cv-01934-RFB-DJA<br><br>**DEFENDANT AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO'S MOTION TO REPLACE ITS CARRIER'S REPRESENTATIVE FOR TELEPHONIC OR VIRTUAL ATTENDANCE AT EARLY NEUTRAL EVALUATION CONFERENCE** |

Defendant AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO ("Defendant" or "AFSCME"), by and through its attorneys at LIPSON NEILSON P.C., hereby respectfully requests that the telephonic or virtual appearance of Defendant's carrier, Ms. Patty Dail, at the Early Neutral Evaluation ("ENE"), as approved in the Court's Order dated March 26, 2024 (Doc. No. 28), be excused, and she be replaced with Ms. Meredith Mayberry as representative of Defendant's carrier.

Ms. Patty Dail will unfortunately be unable to attend the telephonic or virtual ENE scheduled on June 5, 2024 at 9:00 a.m., per the Court's Order Granting Stipulation to Continue Early Neutral Evaluation Session (Doc. No. 29), due to a conflict which arose after the Court was notified of her appearance. Defendant therefore requests the Court

to excuse Ms. Patty Dail from attendance at the ENE session, and that Ms. Meredith Mayberry be instead allowed to attend in her place and stead.

AFSCME's insurer is Travelers Insurance. Ms. Meredith Mayberry is also a Claim Executive assigned to this case along with Ms. Patty Dail. Ms. Meredith Mayberry resides outside Nevada.  She also has significant experience with court conferences, mediations and settlement conferences and understands the time and attention needed for the ENE process.  It would be a significant burden of time and expense if Ms. Meredith Mayberry were required to personally attend the ENE. She will be available virtually by telephone for the duration of the ENE, and will participate in good faith.

Wherefore, Defendant AFSCME respectfully requests this Court for an Order excusing Ms. Patty Dail from attendance at the ENE session, and allowing Ms. Meredith Mayberry to attend the ENE in Ms. Patty Dail's place and stead. Defendant AFSCME also respectfully requests this Court for an Order allowing Ms. Meredith Mayberry, to appear telephonically or virtually for the early neutral evaluation currently set on June 5, 2024 at 9:00 a.m.

DATED this 1st day of May, 2024.

LIPSON NEILSON P.C.

By: _____
JOSEPH P. GARIN, ESQ.(NV Bar No. 6653)
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144

*Attorneys for American Federation of State, County and Municipal Employees, AFL-CIO*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
Dated:   5-20-24

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 1st day of May, 2024, service of the foregoing **DEFENDANT AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO'S MOTION TO REPLACE ITS CARRIER'S REPRESENTATIVE FOR TELEPHONIC OR VIRTUAL ATTENDANCE AT EARLY NEUTRAL EVALUATION CONFERENCE** was made upon each party in the case who is registered as an electronic case filing user pursuant to Fed. Rule Civ. P. 5(b)(3), and Local Rule 5-4, as follows:

| Robert P. Spretnak, Esq.<br>LAW OFFICES OF ROBERT P. SPRETNAK<br>8275 S. Eastern Avenue, Suite 200<br>Las Vegas, NV 89123<br>bob@spretnak.com<br><br>*Attorneys for Plaintiff* | Nate Ring, Esq.<br>REESE RING VELTO, PLLC<br>3100 W. Charleston Blvd., Suite 208<br>Las Vegas, NV 89102<br>nring@rrvlawyers.com<br><br>*Attorneys for American Federation of State, County, and Municipal Employees, Local 4041* |
|---|---|

*/s/ Michele Stones*
An Employee of LIPSON NEILSON P.C.