# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Pearison Woods,

          Plaintiff(s),

vs.

American Federation of State, County and Municipal Employees, AFL-CIO, et al.,

          Defendant(s).

2:23-cv-01934-RFB-DJA

**Order Resetting Early Neutral Evaluation Session in Time Only (Amends ECF No. 29)**

The Court has a scheduling conflict the morning of June 5, 2024, and thus resets the prior scheduled Early Neutral Evaluation Session in time only.

**IT IS ORDERED** that:

1. The in-person ENE session is reset in TIME ONLY to begin at **11:00am** on June 5, 2024.

2. A request for an exception to the attendance requirements must be filed in the form of a motion or a stipulation within one week of this order.

3. The rest of the Court's prior orders (ECF Nos. 13 and 29) remain in full effect.

Dated this 20th day of May 2024.

                                                  _____
                                                  Hon. Maximiliano D. Couvillier III
                                                  United States Magistrate Judge