LAW OFFICES OF ROBERT P. SPRETNAK
Robert P. Spretnak, Esq. (Bar No. 5135)
8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: (702) 454-4900
Fax: (702) 938-1055
Email: bob @ spretnak.com
Attorney for Pearison Woods, Plaintiff

GARIN LAW GROUP
Joseph P. Garin, Esq. (Bar No. 6653)
David T. Ochoa, Esq. (Bar No. 10414)
9900 Covington Cross Drive, Suite 210
Las Vegas, Nevada 89144
Telephone: (702) 382-1500
Fax: (702) 382-1512
Email: JGarin@garinlawgroup.com
       DOchoa@garinlawgroup.com
Attorneys for American Federation of State, County and Municipal Employees, AFL-CIO, Defendant

REESE RING VELTO PLLC
Nathan R. Ring, Esq. (Bar No. 12078)
Bradley Combs, Esq. (Bar No. 16391)
3100 W. Charleston Boulevard, Suite 208
Las Vegas, Nevada 89102
Telephone: (725) 235-9750
Email: nathan@rrvlawyers.com
       brad@rrvlawyers.com
Attorneys for American Federation of State, County and Municipal Employees Local 4041, Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PEARISON WOODS,<br><br>        Plaintiff,<br><br>vs.<br><br>AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO; and AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES LOCAL 4041,<br><br>        Defendants. | Case No.: 2:23-cv-01934-RFB-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE OPPOSITION TO PENDING MOTIONS FOR SUMMARY JUDGMENT**<br><br>**(First Request)** |

Plaintiff PEARISON WOODS, and Defendants AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, and AMERICAN FEDERATION OF

THE LAW OFFICES OF
ROBERT P. SPRETNAK
A PROFESSIONAL CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123

Page 1 of 3

STATE, COUNTY AND MUNICIPAL EMPLOYEES LOCAL 4041, hereby STIPULATE AND AGREE to extend the deadline by two weeks, to **July 28, 2025**, for Plaintiff to file his response in opposition to the following motions for summary judgment: American Federation of State, County and Municipal Employees, AFL-CIO's Motion for Summary Judgment (ECF No. 50) and American Federation of State, County and Municipal Employees, Local 4041's Motion for Summary Judgment (ECF No. 53). Both motions were filed on June 23, 2025. Pursuant to LR 7-2(b), the deadline for Plaintiff to file his opposition to each motion currently is set for July 14, 2025.

There is good cause for entering into this stipulation for additional time. There is a large volume of material to review in the process of preparing two oppositions on multiple claims for relief. Plaintiff's counsel also has been attending to discovery-related deadlines in other matters. It is for these reasons a brief extension is being requested of this Court.

DATED: 3 July 2025.

| LAW OFFICES OF ROBERT P. SPRETNAK | GARIN LAW GROUP |
|---|---|
| By: /s/ Robert P. Spretnak<br>    Robert P. Spretnak, Esq. | By: /s/ David T. Ochoa<br>    Joseph P. Garin, Esq.<br>    David T. Ochoa, Esq. |
| Attorney for Pearison Woods, Plaintiff | Attorneys for American Federation of State, County and Municipal Employees, AFL-CIO, Defendant |
| 8275 S. Eastern Avenue, Suite 200<br>Las Vegas, Nevada 89123 | 9900 Covington Cross Drive, Suite 210<br>Las Vegas, Nevada 89144 |

REESE RING VELTO PLLC

By: /s/ Nathan R. Ring
    Nathan R. Ring, Esq.
    Bradley Combs, Esq.

Attorneys for American Federation of State, County and Municipal Employees Local 4041, Defendant

3100 W. Charleston Boulevard, Suite 208
Las Vegas, Nevada 89102

THE LAW OFFICES OF
ROBERT P. SPRETNAK
A PROFESSIONAL CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123

Page 2 of 3

IT IS SO ORDERED.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

DATED: July 7, 2025.

THE LAW OFFICES OF
ROBERT P. SPRETNAK
A PROFESSIONAL CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123