LAW OFFICES OF ROBERT P. SPRETNAK
Robert P. Spretnak, Esq. (Bar No. 5135)
8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: (702) 454-4900
Fax: (702) 938-1055
Email: bob @ spretnak.com
Attorney for Pearison Woods, Plaintiff

GARIN LAW GROUP
Joseph P. Garin, Esq. (Bar No. 6653)
David T. Ochoa, Esq. (Bar No. 10414)
9900 Covington Cross Drive, Suite 210
Las Vegas, Nevada 89144
Telephone: (702) 382-1500
Fax: (702) 382-1512
Email: JGarin@garinlawgroup.com
         DOchoa@garinlawgroup.com
Attorneys for American Federation of State, County and Municipal Employees, AFL-CIO, Defendant

REESE RING VELTO PLLC
Nathan R. Ring, Esq. (Bar No. 12078)
Bradley Combs, Esq. (Bar No. 16391)
3100 W. Charleston Boulevard, Suite 208
Las Vegas, Nevada 89102
Telephone: (725) 235-9750
Email: nathan@rrvlawyers.com
         brad@rrvlawyers.com
Attorneys for American Federation of State, County and Municipal Employees Local 4041, Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PEARISON WOODS, <br><br> Plaintiff, <br><br> vs. <br><br> AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO; and AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES LOCAL 4041, <br><br> Defendants. | Case No.: 2:23-cv-01934-RFB-DJA <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO FILE OPPOSITION TO PENDING MOTIONS FOR SUMMARY JUDGMENT** <br><br> **(Second Request)** |

Plaintiff PEARISON WOODS, and Defendants AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, and AMERICAN FEDERATION OF

THE LAW OFFICES OF
ROBERT P. SPRETNAK
A PROFESSIONAL CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123

Page 1 of 3

1  STATE, COUNTY AND MUNICIPAL EMPLOYEES LOCAL 4041, hereby STIPULATE AND
2  AGREE to extend for eight additional days, to **August 5, 2025**, the deadline for Plaintiff Pearison
3  Woods to file his response in opposition to the following motions for summary judgment: American
4  Federation of State, County and Municipal Employees, AFL-CIO's Motion for Summary Judgment
5  (ECF No. 50) and American Federation of State, County and Municipal Employees, Local 4041's
6  Motion for Summary Judgment (ECF No. 53). Both motions were filed on June 23, 2025. Pursuant
7  to LR 7-2(b), the deadline for Plaintiff to file his opposition to each motion originally was set for
8  July 14, 2025. By Stipulation And Order To Extend Time To File Opposition To Pending Motions
9  For Summary Judgment (First Request), ECF No. 55, this deadline was extended by two weeks to
10 July 28, 2025.

11      There is good cause for entering into this stipulation for additional time. There is a large
12 volume of material to review in the process of preparing two oppositions to pending motions for
13 summary judgment on multiple claims for relief that were pled. Plaintiff's counsel also has been
14 attending to discovery-related deadlines in other matters. Finally, Plaintiff is out of the area on a
15 family vacation and, as a result, is in accessible at present, which is resulting in Plainitff being able
16 to provide assistance to his attorney, including the preparation of an affidavit or declaration in
17 support of the opposition, until he returns to the area on August 4, 2025.

18 . . . .
19 . . . .
20 . . . .
21 . . . .
22 . . . .
23 . . . .
24 . . . .
25 . . . .
26 . . . .
27 . . . .
28 . . . .

THE LAW OFFICES OF
ROBERT P. SPRETNAK
A PROFESSIONAL CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123

Page 2 of 3

It is for these reasons a brief extension is being requested of this Court.

DATED: 24 July 2025.

LAW OFFICES OF ROBERT P. SPRETNAK

By: /s/ Robert P. Spretnak
    Robert P. Spretnak, Esq.

Attorney for Pearison Woods, Plaintiff

8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123

DATED: 24 July 2025.

GARIN LAW GROUP

By: /s/ David T. Ochoa
    Joseph P. Garin, Esq.
    David T. Ochoa, Esq.

Attorneys for American Federation of State, County and Municipal Employees, AFL-CIO, Defendant

9900 Covington Cross Drive, Suite 210
Las Vegas, Nevada 89144

DATED: 24 July 2025.

REESE RING VELTO PLLC

By: /s/ Nathan R. Ring
    Nathan R. Ring, Esq.
    Bradley Combs, Esq.

Attorneys for American Federation of State, County and Municipal Employees Local 4041, Defendant

3100 W. Charleston Boulevard, Suite 208
Las Vegas, Nevada 89102

**IT IS SO ORDERED**.

**DATED**: this 25th day of July, 2025.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**