GARIN LAW GROUP
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
DAVID T. OCHOA, ESQ.
Nevada Bar No. 10414
9900 Covington Cross Drive, Suite 210
Las Vegas, Nevada 89144
Phone: (702) 382-1500
Fax: (702) 382-1512
jgarin@garinlawgroup.com
dochoa@garinlawgroup.com

*Attorneys for American Federation of State, County and Municipal Employees, AFL-CIO*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PEARISON WOODS,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO; and AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES LOCAL 4041,<br><br>　　　　　Defendants. | Case No: 2:23-cv-01934-RFB-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>**(First Request)** |

Defendants AMERICAN FEDERATION OF STATE COUNTY AND MUNICIPAL EMPLOYEES and AMERICAN FEDERATION OF STATE COUNTY AND MUNICIPAL EMPLOYEES LOCAL 4041 (collectively, "Defendants"), and Plaintiff PEARISON WOODS, hereby STIPULATE AND AGREE to extend for one week, to **August 26, 2025**, the deadline for Defendants to file their respective Replies in support of their Motions for Summary Judgment. Both Motions were filed on June 23, 2025. Defendants previously provided Plaintiff extensions on the Oppositions until August 5, 2025, with the understanding that those extensions may necessitate extending the Reply deadline. Pursuant to LR 7-2 the Replies are currently due on August 19, 2025,

to Oppositions (ECF No. 58 and No. 59) filed on August 5, 2025.

There is good cause for entering into this stipulation for additional time. The parties anticipated this extension may be necessary given the prior extension to in part accommodate Plaintiff being out of the jurisdiction. Counsel for all parties have experienced overlapping deadlines, but specifically Counsel for Defendants here have overlapping deadlines in other matters and additional unanticipated scheduling conflicts that have impacted their ability to meet the current briefing schedule. The requested extension is made in good faith, is not sought for purposes of delay, and will not prejudice any party. Moreover, the brief extension will promote judicial efficiency by allowing for more thorough and meaningful briefing on dispositive issues.

///

///

///

///

///

///

///

///

///

///

///

///

It is for these reasons that a brief extension is being requested of this Court.

DATED: 13 August 2025.

LAW OFFICES OF ROBERT P. SPRETNAK

By: /s/ *Robert P. Spretnak*
    Robert P. Spretnak, Esq.

Attorney for Pearison Woods, Plaintiff

8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123

DATED: 13 August 2025.

GARIN LAW GROUP

By: /s/ *David T. Ochoa*
    Joseph P. Garin, Esq.
    David T. Ochoa, Esq.

Attorneys for American Federation of State, County and Municipal Employees, AFL-CIO, Defendant

9900 Covington Cross Drive, Suite 210
Las Vegas, Nevada 89144

DATED: 13 August 2025.

REESE RING VELTO PLLC

By: /s/ *Nathan R. Ring*
    Nathan R. Ring, Esq.
    Bradley Combs, Esq.

Attorneys for American Federation of State, County and Municipal Employees Local 4041, Defendant

3100 W. Charleston Boulevard, Suite 208
Las Vegas, Nevada 89102

**IT IS SO ORDERED.**

**DATED** this 14th day of August, 2025.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**