REESE RING VELTO, PLLC
NATHAN R. RING, ESQ.
Nevada Bar No. 12078
BRADLEY C.W. COMBS, ESQ.
Nevada Bar No. 16391
3100 W. Charleston Blvd, Suite 208
Las Vegas, Nevada 89102
Phone: (725) 235-9750
nathan@RRVLawyers.com
brad@RRVLawyers.com

*Attorneys for AFSCME, Local 4041*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PEARISON WOODS,<br><br>            Plaintiff,<br><br>vs.<br><br>AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO; and AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES LOCAL 4041,<br><br>            Defendants. | Case No: 2:23-cv-01934-RFB-DJA<br><br><br>**STIPULATION AND ORDER FOR BRIEFING SCHEDULE ON MOTION FOR SUMMARY JUDGMENT REPLIES** |

Plaintiff PEARISON WOODS, and Defendants AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO ("AFSCME"), and AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES LOCAL 4041 (collectively the "Parties") hereby jointly stipulate and request a briefing schedule for the newly refiled Motions for Summary Judgment and associated Replies. Defendant AFSCME filed their Motion for Summary Judgment [ECF No. 72] on April 28, 2026, and Plaintiff Pearison Woods filed their Response [ECF No. 75] on May 12, 2026. At present, Defendant AFSCME's Reply is due May 26, 2026. On May 12, 2026, Defendant AFSCME Local 4041 filed their Motion for Summary Judgment. [ECF No. 77]. Plaintiff Pearison Woods filed their Response on May 22, 2026 [ECF No.

78] and Defendant AFSCME Local 4041's Reply is due June 5, 2026. The parties request that Defendant AFSCME Local 4041 and Defendant AFSCME AFL-CIO's Reply briefs be extended to June 22, 2026.  There is good cause for entering into this stipulation for additional time. Counsel for all parties have experienced overlapping deadlines, but specifically Counsel for Defendants here have overlapping deadlines in other matters and additional unanticipated scheduling conflicts that have impacted their ability to meet the current briefing schedule. The requested extension is made in good faith, is not sought for purposes of delay, and will not prejudice any party. Moreover, the brief extension will promote judicial efficiency by allowing for more thorough and meaningful briefing on dispositive issues.

Dated: May 26, 2026

By:  /s/ *Bradley C.W. Combs*
Nathan R. Ring
Bradley Combs
REESE RING VELTO, PLLC
3100 W. Charleston Blvd., Ste. 208
Las Vegas, NV 89102
Brad@rrvlawyers.com
*Attorneys for AFSCME Local 4041*

Dated: May 26, 2026

By:  /s/  *Robert P. Spretnak*
Robert P. Spretnak
Law Offices of Robert P. Spretnak
8275 S. Eastern Avenue, Suite 200
Las Vegas, NV 89123
bob@spretnak.com
*Attorney for Plaintiff Pearison Woods*

Dated: May 26, 2026

*/s/ David T. Ochoa*
David T. Ochoa, Esq.
Garin Law Group
9900 Covington Cross Drive, Suite 210
Las Vegas, Nevada 89144
dochoa@garinlawgroup.com
*Attorney for Defendant AFSCME International*

Order: Case No: 2:23-cv-01934-RFB-DJA

| Document | Current Due Date | New Due Date |
|---|---|---|
| Defendant AFSCME Local 4041's Reply in Support of Motion for Summary Judgment | May 26, 2026 | June 22, 2026 |
| Defendant AFSCME, AFL-CIO's Reply Support of Motion for Summary Judgment | June 5, 2026 | June 22, 2026 |

**IT IS SO ORDERED.**

**DATED:** May 26, 2026.

_____

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**